# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America <br> v. <br><br> Pilar Antonio Ruiz-Ruiz <br><br> *Defendant(s)* | ) <br> ) <br> )   Case No. 3:23-mj-00074 <br> ) <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 17, 2023  in the county of  Marion  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 841(b)(1)(A) | Possession with the Intent to Distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of Drug Enforcement Administration (DEA) Special Agent Adam Otte.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Adam Otte, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:16 am a.m./p.m.

Date:  April 18, 2023

*Judge's signature* — Youlee Yim You

City and state:  Portland, Oregon    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*